OPINION — AG — **** PUBLIC EMPLOYEES RETIREMENT SYSTEM — PERSON RETIRING UNDER SERVING AS COURT BAILIFF **** A PERSON WHO HAS RETIRED UNDER THE OKLAHOMA PUBLIC EMPLOYEE'S RETIREMENT SYSTEM MAY SERVE AS A BAILIFF FOR A DISTRICT JUDGE, ASSOCIATE DISTRICT JUDGE OR A SPECIAL JUDGE AND BE PAID A PER DIEM FROM THE COURT FUND AND STILL RECEIVE HIS STATE RETIREMENT BENEFITS. CITE: 74 O.S. 1969 Supp., 914 [74-914](4), OPINION NO. 69-290, 20 O.S. 1969 Supp. 1301-1311, [20-1301] — [20-1311], 74 O.S. 1969 Supp., 901-928 [74-901] — [74-928] (MARVIN E. SPEARS)